IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROLYN PLUMP** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.:  19-cv-4579 |
| | : | |
| **LA SALLE UNIVERSITY** | : | |
| **Defendants.** | : | |

**AND NOW**, this ___15TH___ day of June, 2020, upon consideration of Plaintiff's Motion to Compel Discovery (ECF No. 18), and Defendant's Response in Opposition thereto (ECF No. 24), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge